IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-478-WKW |
| | ) | |
| TYRELL ANTHONY TURNER | ) | |

## **ORDER**

On March 9, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 64.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Defendant Tyrell Anthony Turner's motion to suppress (Doc. # 17) is GRANTED.

DONE this 6th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE